No. 462. KOHN *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Eugene Stanley* for petitioner.

No. 465. IRA S. BUSHEY & SONS, INC. ET AL. *v.* CARDILLO, DEPUTY COMMISSIONER, SECOND COMPENSATION DISTRICT, ET AL. C. A. 2d Cir. Certiorari denied. *Bernard Katzen* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the Deputy Commissioner, and *Paul Koch* for the Hartford Accident & Indemnity Co., respondents. Johansen, respondent, *pro se. Sidney A. Schwartz* for Ira S. Bushey & Sons, Inc. and the American Mutual Liability Insurance Co.

No. 466. BRASIER *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *Herbert W. Baird* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for the United States et al., and *Clarence S. Beck,* Attorney General of Nebraska, and *Robert V. Hoagland,* Assistant Attorney General, for Decker et al., respondents.

No. 467. KAYE ET AL. *v.* SMITHERMAN ET AL. C. A. 10th Cir. Certiorari denied. *Howard T. Fleeson* and *Dale M. Stucky* for petitioners. *John F. Eberhardt* for respondents.

No. 468. TYLER BANK & TRUST Co. *v.* CARDER ET AL. C. A. 5th Cir. Certiorari denied. *W. Dewey Lawrence* for petitioner. *Chas. F. Potter* for respondents.

No. 473. BENES *v.* CANARY, U. S. ATTORNEY. C. A. 6th Cir. Certiorari denied. *William Patrick Clyne* for

914

petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland* and *Joseph M. Howard* for respondent.

No. 474. REYNOLDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* and *Crampton Harris* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 476. NATIONAL LABOR RELATIONS BOARD *v.* GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL 968, ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Soboloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Samuel M. Singer* for petitioner. *Chris Dixie* for respondents.

No. 477. HAFFA *v.* IOWA. Supreme Court of Iowa. Certiorari denied. *William L. Beecher* for petitioner. *Dayton Countryman,* Attorney General of Iowa, *Raphael R. R. Dvorak,* Assistant Attorney General, and *Neill Garrett* for respondent.

No. 479. SHIRLINGTON SUPERMARKET, INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Joseph F. Castiello* for petitioners. *Solicitor General Soboloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Fannie M. Boyls* for respondent.

No. 483. EARY ET AL. *v.* WEST VIRGINIA TURNPIKE COMMISSION. Supreme Court of Appeals of West Virginia. Certiorari denied.